**State of NORTH CAROLINA ex rel. Roy COOPER, Attorney General, Plaintiffs—Appellees,**

v.

**TIARI EL & ASSOCIATES INDIGENOUS LAW FIRM; Annie Laurence Barber, a/k/a Annie Barber Williams, a/k/a Anewa Shapheem Tiari–El; Rosa L. Barber, a/k/a Rasheeda Sha-**

pheem–El; Ralph Hammond, a/k/a Nasir Hassan Bey; Hammond's & Associates, Inc., Defendants—Appellants,

**Lord NOBLE, Drew Sharreff, El, Appellant.**

No. 04–1038.

United States Court of Appeals, Fourth Circuit.

Submitted: May 27, 2004.

Decided: June 2, 2004.

Lord Noble, Drew Sharreff, El, Appellant pro se.

Harriet Farthing Worley, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lord Noble, Drew Sharreff, El appeals the district court's order dismissing his request to remove a civil case from an unspecified North Carolina Superior Court to the district court for failure to comply with the requirements of 28 U.S.C. § 1446 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. *See North Carolina v. Tiari El & Assocs. Indigenous Law Firm*, No. CA-03–789–F–5 (E.D.N.C. Dec. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*